

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00103-CV

| | | |
|---|---|---|
| In re Wade Meeker, James Meeker, Barney Holland, as Independent Executor of the Estate of Lawrence H. Meeker, and Natasha Wesson | § | Original Proceeding |
| | § | From Probate Court No. 2 |
| | § | of Tarrant County (2014-PR01451-2-B) |
| | § | June 29, 2016 |
| | § | Opinion by Chief Justice Livingston |
| | § | Dissent by Justice Sue Walker |

## JUDGMENT

This court has considered relators' petition for writ of mandamus and is of the opinion that relief should be granted in part and denied in part. We deny relators' petition for writ of mandamus to the extent that they complain about the portions of respondent's February 24, 2016 order that grants relief to David Alan Meeker on his rule 202 petition for presuit discovery. We conditionally grant relators' petition for writ of mandamus to the extent that relators challenge the parts of the same order granting relief to Margaret Meeker. A writ will issue only if respondent fails to comply.

It is further ordered that relators Wade Meeker, James Meeker, Barney Holland, as Independent Executor of the Estate of Lawrence H. Meeker, and Natasha Wesson, jointly and severally, and Margaret Meeker shall evenly split the costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Terrie Livingston
      Chief Justice Terrie Livingston